IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES OF AMERICA,
PLAINTIFF

V.

I. LEWIS LIBBY

CASE NO: 05-394 RBW

**FILED**

APR 2 3 2010

U.S. DISTRICT COURT

MOTION FOR RETURN OF PROPERTY UNDER RULE 41 G

COMES NOW, THE DEFENDANT I. LEWIS LIBBY, IN PRO-SE, MOVES THIS HONORABLE COURT FOR A MOTION FOR RETURN OF SEIZED PROPERTY BELONGING TO ME UNDER RULE 41 G. I ASKED THE GOVERNMENT NUMEROUS TIMES FOR MY PROPERTY AND THEY REFUSE TO GIVE IT BACK WHICH IS A CONSTITUTIONAL VIOLATION. THE GOVERNMENT IS IN POSSESSION FOR NUMEROUS HIGH VALUE ITEMS THAT BELONG TO ME WHICH I WOULD LIKE RETURNED, THE FOLLOWING IS A LIST OF PROPERTY WHICH IS MINE THAT I WOULD LIKE TO HAVE BACK: A SWATCH WATCH, ALL BLOGS AND RELATED MATERIAL TO MY BEST FRIEND AND SUPPORTER JONATHAN LEE RICHES, A COPY OF THE INDICTMENT BELONGING TO JONATHAN LEE RICHES WHICH IS CASE # h-03-90 OUT OF THE SOUTHERN DISTRICT OF TEXAS, JONATHAN LEE RICHES SIGNED AUTOGRAPH THAT I RECIEVED FROM A GIFT EXCHANGE WITH PRESIDENT PUTIN. MY MANUSCRIPT ON THE INVESTIGATION AND ILLEGAL INCARCERATION OF JONATHAN LEE RICHES. I SEEK THE RETURN OF THIS PROPERTY AS THE STATUE OF LIMITATIONS IS NOT UP YET IN ME PETITIONING THE COURT .I PRAY THIS HONORABLE COURT WILL GRANT MY MOTION FOR RETURN OF MY PROPERTY FOR RELIEF.

RESPECTFULLY,

I. Lewis Libby  4-20-10

I. LEWIS LIBBY
PO BOX 31782
BALTIMORE, MD 21207 -8782

CERTIFICATE OF SERVICE
_____

I CERTIFY THAT THE FOLLOWING MOTION WAS SENT TO THE FOLLOWING PARTIES ON APRIL 20, 2010 VIA THE UNITED STATES POSTAL SERVICE TO:

PATRICK FITZGERALD
UNITED STATES ATTORNEY
219 SOUTH DEARBORN ST
CHICAGO, IL 60601

DEBRA R. BONAMICI
OFFICE OF SPECIAL COUNSEL
1736 WEST SAYER AVE
CHICAGO, IL 60610

KATHLEEN KEDIAN
US. DEPT. OF JUSTICE
1000 PENNSYLVANIA AVE
WASHINGTON, DC 20001

PETER ROBERT ZEIDENBERG
US DEPT. OF JUSTICE
1000 PENNSYLVANIA AVE
WASHINGTON, DC 20001

RESPECTFULLY,

*I. Lewis Libby* 4-20-10

I. LEWIS LIBBY
PO BOX 31782
BALTIMORE, MD 21207-8782