UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05-CR-00394 RBW |
| | ) | |
| LEWIS LIBBY, | ) | |
| | ) | |
| Defendant. | ) | |

## I. LEWIS LIBBY'S RESPONSE TO COURT'S ORDER

Mr. Libby's counsel has received via ECF the Court's Order of December 4, 2017, denying without prejudice a "Motion for Return of Property Under Rule 41G." To correct the record, Mr. Libby never filed such a motion, and does not know who did so. The address reflected in the motion filed April 23, 2010, is unknown to Mr. Libby.

Respectfully submitted,

*[signature]*

William H. Jeffress, Jr.
D.C. Bar No. 041152
BAKER BOTTS, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751
William.jeffress@bakerbotts.com

*Attorney for Defendant*

Active 36696453.1